Michael P. Studebaker, Esq.
STUDEBAKER LEGAL SERVICES, P.C.
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| SAMUEL BURNINGHAM, | Case No. 2:17CV00656DB |
|---|---|
| Plaintiff, | **ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| SHOE CARNIVAL, INC. DBA SHOW CARNIVAL #417, | Judge Dee Benson |
| Defendant. | |

Having considered the Plaintiff's Notice of Voluntary for Dismissal with Prejudice the Court now ORDERS that such claims are hereby DISMISSED WITH PREJUDICE and without an award of fees or costs to any party.

SO ORDERED this 31st day of July, 2017.

BY THE COURT:

_____
DEE BENSON
United States District Court Judge